1

BENJAMIN C. JOHNSON (SBN: 218518)

2   benjamin.johnson@mgae.com
    JENNIFER A. MARROW (SBN: 276495)
3   jmarrow@mgae.com

4   MGA ENTERTAINMENT, INC.
    16380 Roscoe Blvd, Suite 102
5   Van Nuys, CA 91406

6   Telephone: (818) 894-2525
    Fax: (818) 895-0771
7

8   Attorneys for Plaintiffs

9                 **UNITED STATES DISTRICT COURT**

10               **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  MGA ENTERTAINMENT, INC., a California corporation and THE LITTLE TIKES COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DYNACRAFT BSC, INC., a California corporation; FRESHDEALS2112; HONEYDUKESSWEETSHOP; THE_HOUSE; THEROYALFLUSH*; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br>1.  **TRADEMARK COUNTERFEITING;**<br>2.  **FALSE DESIGNATION OF ORIGIN;**<br>3.  **FALSE OR MISLEADING DESCRIPTION OR MISREPRESENTATION OF FACT;**<br>4.  **FEDERAL TRADEMARK DILUTION;**<br>5.  **FEDERAL UNFAIR COMPETITION;**<br>6.  **STATE LAW UNFAIR COMPETITION;**<br>7.  **STATE LAW FALSE AND MISLEADING STATEMENTS;**<br>8.  **STATE LAW TRADEMARK DILUTION;**<br>9.  **COMMON LAW TRADE DRESS INFRINGEMENT;**<br>10. **COMMON LAW "PASSING OFF";**<br>11. **CIVIL CONSPIRACY;**<br>12. **CONSPIRACY TO COMMIT TRADEMARK COUNTERFEITING** |

28

1    Plaintiffs, MGA ENTERTAINMENT, INC. and THE LITTLE TIKES

2    COMPANY (referred to collectively as "Plaintiffs") for their complaint against

3    Defendants DYNACRAFT BSC, INC.; FRESHDEALS2112;

4    HONEYDUKESSWEETSHOP; THE_HOUSE; THEROYALFLUSH*, and DOES 1-

5    10 (referred to collectively as "Defendants") herein allege as follows:

6                          **INTRODUCTION**

7        1. This is a civil action for trademark counterfeiting under the provisions of

8    the Trademark Act of 1946 (15 U.S.C. § 1051, et seq; 15 U.S.C. §§1114(1) and

9    1125(a)), false designation of origin under Section 43(a) of the Lanham Act (15

10    U.S.C. §1125(a)), false or misleading description or misrepresentation of fact under

11    the Lanham Act, federal unfair competition under the Lanham Act, state law unfair

12    competition under Cal . Bus. & Prof. Code § 17200 et seq., state law false and

13    misleading statements under Cal. Bus & Prof. Code § 17500, state law trademark

14    dilution under Cal. Bus. & Prof. Code § 14247, common law trade dress infringement

15    and "passing off," conspiracy to commit trademark infringement, and civil

16    conspiracy. Plaintiffs are a leading global consumer products company, and the

17    exclusive owner of the Cozy Coupe® trademark.

18        2. Dynacraft BSC, Inc., "freshdeals2112" store, "honeydukessweetshop"

19    store, "the_house" store, "theroyalflush*" store, and Does 1 through 5, business

20    entities of unknown nature, and Does 6 through 10, unidentified individuals

21    (collectively "Defendants"), are actively and intentionally manufacturing and selling

22    products to look confusingly similar to Little Tikes® Cozy Coupe® products, and

23    marketing products using the Cozy Coupe® trademark (the "Infringing Products"), in

24    an effort to mislead and confuse prospective purchasers. Upon information and belief,

25    Defendants' actions are part of a deliberate attempt to divert sales away from

26    Plaintiffs, a market leader in its products.  Defendants' actions will continue unless

27    and until enjoined by this Court.

28    ///

**PARTIES**

3.   Plaintiff THE LITTLE TIKES COMPANY, is a Ohio corporation, having an address and principal place of business at 16380 Roscoe Blvd., Van Nuys, California. Plaintiff MGA ENTERTAINMENT, INC., is a California corporation, having an address and principal place of business at 16380 Roscoe Blvd., Van Nuys, California. The Little Tikes Company is owner of the Little Tikes® and Cozy Coupe® trademarks, and associated trade dress, and is a wholly owned subsidiary of MGA Entertainment, Inc.

4.   Defendant DYNACRAFT BSC, INC., is a California corporation having an address and principal place of business at 89 South Kelly Road, American Canyon, California, 94503.

5.   Upon information and belief, Defendant "freshdeals2112" is a merchant on www.eBay.com, an eBay member since 2001, and the owner of an eBay storefront located at https://www.ebay.com/usr/freshdeals2112?_trksid=p2047675.l2559,where it offers for sale and/or sells the Infringing Products.

6.   Upon information and belief, Defendant "honeydukessweetshop" is a merchant on www.eBay.com, an eBay member since 2015, and the owner of an eBay storefront located at https://www.ebay.com/usr/honeydukessweetshop?_trksid=p2047675.l2559, where it offers for sale and/or sells the Infringing Products.

7.   Upon information and belief, Defendant "the_house" is a merchant on www.eBay.com, an eBay member since 2008, and the owner of an eBay storefront located at https://www.ebay.com/usr/the_house?_trksid=p2047675.l2559,where it offers for sale and/or sells the Infringing Products.

8.   Upon information and belief, Defendant "theroyalflush*" is a merchant on www.eBay.com, an eBay member since 2013, and the owner of an eBay storefront located at https://www.ebay.com/usr/theroyalflush*?_trksid=p2047675.l2559,where it offers for sale and/or sells the Infringing Products.

9.   Plaintiffs are not aware of the true names and capacities of Defendants

1  identified herein as DOES 1 through 10, inclusive, and therefore fictitiously names
2  said Defendants. MGA will amend this Complaint to allege the true names and
3  capacities of these fictitiously named Defendants when their identities are ascertained.
4         10.Plaintiffs are informed and believe and, based thereon, allege that
5  Defendants and each of the fictitiously named DOE Defendants were in some manner
6  responsible for the acts alleged herein and the harm, losses and damages suffered by
7  Plaintiff as alleged hereinafter. Plaintiff is also informed and believes and, based
8  thereon, alleges that while participating in such acts, each Defendant was the agent,
9  subagent, servant, employee, representative, and/or alter-ego of each other, and
10 purported to act within the scope of such agency, service, employment or
11 representation in performing the acts and omissions averred herein.
12        11.Each of the Defendants named herein acted in concert with each of the
13 other Defendants as co-conspirators, agents, representatives, employees or servants,
14 and with the other's knowledge, permission and consent or with the approval or
15 ratification of each co-Defendant, and is therefore jointly and severally liable for the
16 claims set forth herein, unless otherwise alleged.
17                    **JURISDICTION AND VENUE**
18        12.This Court has jurisdiction over the subject matter of this action pursuant
19 to 28 U.S.C. §§1331 and 1338, 15 U.S.C. §1121 and 17 U.S.C. §§ 101 et seq. The
20 Court has supplemental jurisdiction over the state law and common law claims under
21 28 U.S.C. §1367(a) and §1338(b). The state claims are substantially related to the
22 federal claims, and form part of the same case and controversy under Article III of the
23 United States Constitution.
24        13.This Court has personal jurisdiction over Defendants by virtue of the fact
25 that Defendants regularly solicit business in this state, and are committing tortious
26 acts within the state through acts of misrepresentation and unfair competition in this
27 state, said acts being expressly aimed at residents of California. Furthermore,
28 Defendants' tortious actions are causing harm to the reputation of Plaintiff in this

1  district.

2  14. Venue is proper in this District pursuant to 28 U.S.C. §1391 (b) and (c).

3  **ALLEGATIONS**

4  15. This action arises out of a premeditated and intentional attempt by

5  Defendants to pass off their products as those of The Little Tikes Company,

6  specifically, the Cozy Coupe® line of products.

7  16. Since approximately 1970, Little Tikes® has manufactured, sold,

8  marketed, and promoted Little Tikes® distinctive, brightly colored toys which have

9  become a staple for American children under the age of five; and Little Tikes® is

10  perennially one of the top toy-makers for the pre-school market. Little Tikes® most

11  famous products includes the Cozy Coupe® line of products (the "Products"), each of

12  which are marketed under registered trademarks Little Tikes® and Cozy Coupe®,

13  and associated trade dress (collectively, the "Marks"). The Products are top sellers for

14  Plaintiffs, and are considered important to Plaintiffs' business.

15  17. Plaintiffs have been selling the Cozy Coupe® line of products since

16  1979, which was one of the first molded-plastic toy cars sold in the United States. In

17  1998 Little Tikes introduced the Cozy Coupe® II, a redesigned model of its original

18  classic that retained the red and yellow bubble-shaped exterior, while adding thicker

19  pillars on the front roof. Plaintiffs introduced the Princess Cozy Coupe® in July of

20  2012. Plaintiffs introduced the "Princess Horse & Carriage" in 2016 as the newest

21  addition to the Cozy Coupe® line of products.

22  18. Plaintiffs' Marks are inherently distinctive to the public, and serve as a

23  designator of origin of its Products.

24  19. Plaintiffs' Cozy Coupe® marks are protected by U.S. Trademark

25  Registration Nos. 1,438,168, 4,688,321 and 4,824,946 ("Plaintiffs' Trademarks").

26  True and correct copies of these registrations are attached hereto as Exhibit 1.

27  ///

28  ///



U.S. Trademark
Reg. No. 4,824,946

20. For many years, Plaintiffs' Marks have been incorporated into packaging, and displayed on its Products which are visible to consumers in the marketplace. Plaintiffs use the Marks to promote and identify its products in numerous toy stores and online, at trade shows, and on the Internet at www.littletikes.com, and has created a uniquely recognizable, inherently distinctive, and non-functional presentation and marketing of Little Tikes® products, specifically the Cozy Coupe® products (the "Cozy Coupe® Trade Dress").

21. As a result of the widespread use and display of the Marks, the public and the trade use them to identify and refer to Little Tikes® Products and the Cozy Coupe® products, and the public and the trade recognize that these Marks refer to high quality products emanating from a single source. The Marks have, accordingly, built up secondary meaning and extensive goodwill.

22. The Cozy Coupe® Trade Dress is designed to attract the attention of consumers viewing preschool toy products online, on store shelves, and in store displays. Plaintiffs have expended considerable resources to create and develop its unique Cozy Coupe® Trade Dress and as a result of Plaintiffs' marketing and promotion of and around the Cozy Coupe® Trade Dress, Little Tikes® products, specifically, the Cozy Coupe® products, are recognized as high quality products emanating from, or associated with, Plaintiffs.

1        23. Upon information and belief, beginning in 2017, Defendants have been

2   marketing and selling confusingly similar versions of the Cozy Coupe® products

3   called the "Disney Princess Preschool Carriage" in the same channels as the Cozy

4   Coupe® products, including on www.walmart.com, and www.ebay.com. A true and

5   correct copy of a listing for Defendants' product on www.walmart.com is attached as

6   Exhibit 2. True and correct copies of listings for Defendants' products on

7   www.ebay.com which utilize Plaintiff's Cozy Coupe® Mark are attached as Exhibit

8   3. On information and belief, the utilization of the Marks on these websites in

9   connection with Defendants' products came at the direction of Defendant Dynacraft,

10   and/or pursuant to a conspiracy between Defendant Dynacraft, the other Defendants,

11   and/or other unidentified individuals, Does 1-10.

12        24. Further, Defendants' products have appeared on www.toysrus.com

13   utilizing Plaintiff's Cozy Coupe® Mark. A true and correct copy of a listing for

14   Defendants' products on www.toysrus.com utilizing the Cozy Coupe® Mark is

15   attached as Exhibit 4 at p.3. On information and belief, the utilization of the Cozy

16   Coupe® Mark on this website in connection with Defendants' products came at the

17   direction of Defendant Dynacraft, and/or pursuant to a conspiracy between Defendant

18   Dynacraft, the other Defendants, and/or other unidentified individuals, Does 1-10.

19        25. Defendants, in conspiracy with unidentified individuals, Does 1-10,

20   copied the overall design, shape, and size of the Cozy Coupe® products in the

21   marketing and sale of their goods, and in the utilization of the Cozy Coupe® Mark in

22   an attempt to capitalize on the goodwill of the Little Tikes® brand and the Cozy

23   Coupe® Mark and Trade Dress.

24        26. As demonstrated and represented by the pictures below, Defendants'

25   copy of the Little Tikes® and Cozy Coupe® products (pictured on the left) was

26   specifically designed to imitate Little Tikes® and Cozy Coupe® products (pictured in

27   the middle and on the right), and to infringe the Little Tikes® and Cozy Coupe®

28   Trade Dress, and to mislead, confuse or deceive potential customers as to the source

1  of the product, and association with Plaintiffs' products:



| Dynacraft Disney Princess Preschool Carriage | Little Tikes® Princess Cozy Coupe® | Little Tikes® Princess Horse and Carriage |

27. Defendants' copies of the Little Tikes® and Cozy Coupe® products intended to and have caused confusion, mistake, or deception, in that the public, the trade and others are likely to believe and have believed that Defendant's goods are associated with Plaintiffs' Products but merely less expensive, or are otherwise affiliated or connected with Plaintiffs and their valuable trademarks. True and correct copies of customer reviews showing consumer confusion as to the origin of Defendants' product which is listed on www.walmart.com are attached hereto as Exhibit 5. Some examples from the consumer reviews demonstrating the apparent confusion between Defendants' product and the Cozy Coupe® product follows:

"Cute updated version of cozy coupe"

"Princess cozy coupe"

"great spin of the cozy coupe"

"a cute upgrade to the traditional little tikes"

"a fun version of the classic rideable car"

"classic remade"

"cute version of the classic car"

28. Defendants in conspiracy with unidentified individuals, Does 1-10, are

1   actively and intentionally manufacturing products to look confusingly similar to Little
2   Tikes® and Cozy Coupe® products, and marketing similar products utilizing the
3   Cozy Coupe® Mark in an effort to mislead and confuse prospective purchasers.

## COUNT ONE

### TRADEMARK COUNTERFEITING

### (15 U.S.C. § 1114)

29. Plaintiffs reallege the allegations set forth in paragraphs 9 through 28, above, and incorporate them herein by reference.

30. Plaintiffs' Trademarks – together with the goodwill associated with them in the United States and throughout the world – are of inestimable and incalculable value, are highly distinctive, and have become associated by the public with products of the highest quality and reputation.

31. As a result of Plaintiffs' extensive advertising and sales and the wide popularity of Plaintiffs' products, Plaintiffs' Trademarks have each acquired secondary meaning so that any product and advertisement bearing such trademarks is immediately associated by purchasers and the public as being a product affiliated with Plaintiffs.

32. Upon information and belief, Defendants have used spurious designations that are identical with or substantially indistinguishable from Plaintiffs' Trademarks on goods covered by registrations for those marks.

33. Without Plaintiffs' authorization or consent, Defendants have imported, advertised, promoted, displayed, distributed, sold, and offered for sale the counterfeit Products to the public at large in direct competition with Plaintiffs' rightful sale of genuine products.

34. Defendants' actions were performed with knowledge of Plaintiffs' well-known and prior rights in Plaintiffs' Trademarks and knowledge that the counterfeit Products bear marks that are confusingly similar to these trademarks. Defendants' actions were committed with knowledge and intent that the Counterfeit Products

1  cause confusion or mistake and with intent to deceive the public that the Counterfeit
2  Products are genuine.

3      35. The use of Plaintiffs' Trademarks by the Defendants has been without
4  the consent or authorization of Plaintiffs. Such unauthorized use by the Defendants of
5  Plaintiffs' Trademarks in connection with the advertising and sale of counterfeit
6  goods constitutes illegal use of registered trademarks in commerce.

7      36. The aforesaid conduct of the Defendants constitutes trademark
8  counterfeiting in violation of 15 U.S.C. § 1114.

9      37. Defendants have unfairly benefited and profited from their unauthorized
10 use of Plaintiffs' Trademarks, reputation, advertising, and promotion, to the
11 substantial and irreparable injury to the public, to Plaintiffs, to Plaintiffs' Trademarks,
12 and to the substantial goodwill represented thereby.

13     38. As a direct and proximate result of the unlawful acts alleged herein,
14 Plaintiffs have suffered and will continue to suffer damages and Defendants have and
15 will continue to profit and receive other benefits.

16 **COUNT TWO**
17 **FALSE DESIGNATION OF ORIGIN**
18 **(15 U.S.C. §1125(a))**

19     39. Plaintiffs reallege the allegations set forth in paragraphs 9 through 28,
20 above, and incorporate them herein by reference.

21     40. Defendants' acts as alleged constitute false designation of origin in
22 violation of 15 U.S.C. §1125(a), i.e., Section 43(a) of the Lanham Act.

23     41. As a direct and proximate result of the unlawful acts alleged herein,
24 Plaintiffs have suffered and will continue to suffer damages and Defendants have and
25 will continue to profit and receive other benefits.

26 ///
27 ///
28 ///

## COUNT THREE

### FALSE OR MISLEADING DESCRIPTION OR

### MISREPRESENTATION OF FACT

### (15 U.S.C. §1125(a))

42. Plaintiffs reallege the allegations set forth in paragraphs 9 through 28, above, and incorporate them herein by reference.

43. Defendants' acts as alleged constitute false or misleading descriptions and/or misrepresentations of facts in violation of 15 U.S.C. §1125(a), i.e., Section 43(a) of the Lanham Act.

44. As a direct and proximate result of the unlawful acts alleged herein, Plaintiffs have suffered and will continue to suffer damages and Defendants have and will continue to profit and receive other benefits.

## COUNT FOUR

### FEDERAL TRADEMARK DILUTION

### (15 U.S.C.A. § 1125(c))

45. Plaintiff reallege the allegations set forth in paragraphs 9 through 28, above, and incorporate them herein by reference.

46. Defendants' acts as alleged constitute use in commerce of a word, term, name, or device that is likely to dilute the distinctive quality of Plaintiffs' famous marks in violation of 15 U.S.C.A. § 1125(c), i.e., Section 43(c) of the Lanham Act.

47. As a direct and proximate result of the unlawful acts alleged herein, Plaintiffs have suffered and will continue to suffer damages and Defendants have and will continue to profit and receive other benefits.

## COUNT FIVE

### FEDERAL UNFAIR COMPETITION

### (15 U.S.C. §1125(a))

48. Plaintiffs reallege the allegations set forth in paragraphs 9 through 28, above, and incorporate them herein by reference.

49. Defendants' acts as alleged constitute federal unfair competition in violation of 15 U.S.C. §1125(a), i.e., Section 43(a) of the Lanham Act.

50. As a direct and proximate result of the unlawful acts alleged herein, Plaintiffs have suffered and will continue to suffer damages and Defendants have and will continue to profit and receive other benefits.

**COUNT SIX**

**STATE UNFAIR COMPETITION**

**(CAL. BUS. & PROF. CODE §17200 ET SEQ.)**

51. Plaintiffs reallege the allegations set forth in paragraphs 9 through 28, above, and incorporate them herein by reference.

52. Defendants' wrongful acts constitute unfair competition and unfair or deceptive acts or practices in violation of §17200 et seq. of the California Business and Professions Code.

53. As a direct and proximate result of the unlawful acts alleged herein, Plaintiffs have suffered and will continue to suffer damages and Defendants have and will continue to profit and receive other benefits.

**COUNT SEVEN**

**STATE LAW FALSE AND MISLEADING STATEMENTS**

**(CAL. BUS. & PROF. CODE §17500)**

54. Plaintiffs reallege the allegations set forth in paragraphs 9 through 28, above, and incorporate them herein by reference.

55. Defendants' wrongful acts constitute false and misleading statements made in an effort to induce others to purchase Defendants' goods in violation of §17500 of the California Business and Professions Code.

56. As a direct and proximate result of the unlawful acts alleged herein, Plaintiffs have suffered and will continue to suffer damages and Defendants have and will continue to profit and receive other benefits.

# COUNT EIGHT

## STATE LAW TRADEMARK DILUTION

### (CAL. BUS. & PROF. CODE § 14247)

57. Plaintiffs reallege the allegations set forth in paragraphs 9 through 28, above, and incorporate them herein by reference.

58. Defendants' acts as alleged constitute use in commerce of a word, term, name, or device that is likely to dilute the distinctive quality of Plaintiffs' famous marks in violation of § 14247 of the California Business and Professions Code.

59. As a direct and proximate result of the unlawful acts alleged herein, Plaintiffs have suffered and will continue to suffer damages and Defendants have and will continue to profit and receive other benefits.

# COUNT NINE

## COMMON LAW TRADE DRESS INFRINGEMENT

60. Plaintiffs reallege the allegations set forth in paragraphs 9 through 28, above, and incorporate them herein by reference.

61. Defendants' conduct as alleged herein constitutes trade dress infringement under the laws of the State of California.

62. Plaintiffs' are informed and believe and, based thereon allege, that Defendants' conduct was willful and intentional, and that Defendants directed and authorized the creation of the infringing products for sale and sale in infringing packaging and trade dress.

63. As a direct and proximate result of the unlawful acts alleged herein, Plaintiffs have suffered and will continue to suffer irreparable injury for which Plaintiffs have no adequate remedy at law, and Defendants have and will continue to profit and receive other benefits.

# COUNT TEN

## COMMON LAW "PASSING OFF"

64. Plaintiffs reallege the allegations set forth in paragraphs 9 through 28,

1  above, and incorporate them herein by reference.

2       65. Defendants' conduct as alleged herein constitutes "passing off" under

3  the laws of the State of California.

4       66. Plaintiffs are informed and believe and, based thereon allege, that

5  Defendants' conduct was willful and intentional, and that Defendants directed and

6  authorized the creation of products for sale and sale in packaging and trade dress with

7  the intention of passing off their products as those of Plaintiffs.

8       67. As a direct and proximate result of the unlawful acts alleged herein,

9  Plaintiffs have suffered damages and will continue to suffer irreparable injury for

10  which Plaintiffs has no adequate remedy at law, and Defendants have and will

11  continue to profit and receive other benefits.

12  **COUNT ELEVEN**

13  **CIVIL CONSPIRACY**

14       68. Plaintiffs reallege the allegations set forth in paragraphs 9 through 28,

15  above, and incorporate them herein by reference.

16       69. Plaintiffs are informed and believe and, based thereon allege, that

17  Defendants agreed and acted in concert to unlawfully participate in the infringement

18  of Plaintiff's intellectual property, and to unlawfully retain the revenue generated by

19  such transactions for themselves, all with the purpose of harming Plaintiffs.

20       70. Defendants engaged in an unlawful conspiracy against Plaintiffs, as

21  described above, willfully, maliciously, and with the intent to injure Plaintiff.

22       71. As a direct and proximate result of the unlawful acts alleged herein,

23  Plaintiff has and is continuing to suffer damages and Defendants have and will

24  continue to profit and receive other benefits.

25  **COUNT TWELVE**

26  **CONSPIRACY TO COMMIT TRADEMARK COUNTERFEITING**

27  **(18 U.S.C. § 2320, 15 U.S.C. §§ 1114, 1125(c), and 1125(a), and 18 U.S.C. § 371)**

28       72. Plaintiffs reallege the allegations set forth in paragraphs 9 through 28,

1  above, and incorporate them herein by reference.

2    73. Defendant Dynacraft has deliberately disregarded and continues to

3  disregard the other Defendants' illegal counterfeiting activities with the conscious

4  purpose of facilitating the illegal counterfeiting activity and allowing it to continue.

5    74. Defendants knowingly and intentionally acted in concert, conspired, and

6  agreed with each other and with others known and unknown to Plaintiffs, through

7  overt acts and willful omissions, to commit and cause to be committed offenses of

8  trademark counterfeiting in violation of 18 U.S.C. § 2320, 15 U.S.C. §§ 1114,

9  1125(c), and 1125(a), and 18 U.S.C. § 371.

10    75. The object of the conspiracy was to counterfeit and sell fake Cozy

11  Coupe® products.

12    76. As a direct and proximate result of the unlawful acts alleged herein,

13  Plaintiff has and is continuing to suffer damages and Defendants have and will

14  continue to profit and receive other benefits.

15          **<u>PRAYER FOR RELIEF</u>**

16     **WHEREFORE, Plaintiff prays for an order of this Court:**

17    A. Granting a preliminary and permanent injunction restraining Defendants,

18  their officers, directors, principals, agents, servants, employees, successors and

19  assigns, and all individuals acting in concert or participation with them, from:

20      i. Offering for sale, soliciting sales, advertising, or selling any products

21       in any medium under any mark, name, symbol, logo, or other indicia

22       that incorporates or is confusingly similar to Little Tikes® and Cozy

23       Coupe® Products and Little Tikes® and Cozy Coupe® Trade Dress;

24      ii. Offering for sale, soliciting sales, advertising, or selling any products

25       in any medium under any mark, name, symbol, logo, or other indicia

26       which is likely to cause confusion or to cause mistake or to deceive

27       persons into the erroneous belief that Defendants' products originate

28       from Plaintiffs, or that Defendants or their agents are authorized by

Plaintiffs or are endorsed by Plaintiffs or are sponsored by Plaintiffs, or are licensed by Plaintiffs, or are connected in any way with Plaintiffs;

    iii.   Using false designations or from engaging in any act or series of acts which, either alone or in combination, constitutes deceptive or unfair methods of competition with Plaintiffs and from otherwise interfering with or injuring the goodwill associated with Little Tikes® and Cozy Coupe® Products and/or Little Tikes® Trade Dress and Cozy Coupe®;

B. That Defendants be required to account to Plaintiffs for all profits and damages resulting from the Defendants' respective infringing activities and that the award to Plaintiffs be increased as provided for under 15 U.S.C. § 1117.

C. Awarding Plaintiffs a monetary judgment against Defendants for Plaintiffs' damages and Defendants' profits pursuant to 15 U.S.C. §1117;

D. Trebling the amount of such award on account of Defendants' willful, intentional, and bad faith conduct pursuant to 15 U.S.C. §1117;

E. Awarding Plaintiffs their reasonable attorneys' fees and disbursements incurred herein, in view of Defendants' intentional and willful misrepresentations, pursuant to 15 U.S.C. §1117.

F. In connection with Plaintiffs' First and Twelfth Claims for Relief, that the Defendants each be required to pay to Plaintiffs statutory damages in the amount of $2,000,000 per counterfeit of each Cozy Coupe® Trademark pursuant to 15 U.S.C. § 1117(c).

G. Awarding Plaintiffs the costs of this action;

H. Ordering that Defendants deliver to Plaintiffs for destruction all infringing products, packaging and any infringing promotional material and advertisements;

I. Punitive damages in such amount as will sufficiently punish Defendants

for their willful and malicious conduct as will serve as an example to prevent a repetition of such conduct in the future;

   J.  Awarding Plaintiffs such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

  Plaintiff hereby demands a trial by jury.

DATED:  November 10, 2017   MGA ENTERTAINMENT, INC.

          By:  /s/ Benjamin C. Johnson
            BENJAMIN C. JOHNSON
            Attorney for Plaintiffs
            MGA Entertainment, Inc. &
            The Little Tikes Company

# EXHIBIT 1

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent and Trademark Office

Reg. No. 1,438,168
Registered Apr. 28, 1987

### TRADEMARK
### PRINCIPAL REGISTER

## COZY COUPE

LITTLE TIKES, INC. (OHIO CORPORATION)
2180 BARLOW ROAD
HUDSON, OH 44236

FOR: CHILDREN'S RIDE ON VEHICLE, IN CLASS 28 (U.S. CL. 22).

FIRST USE 6–1–1979; IN COMMERCE 6–1–1979.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COUPE", APART FROM THE MARK AS SHOWN.

SER. NO. 602,607, FILED 8–12–1986.

TERESA M. RUPP, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,688,321**

**Registered Feb. 17, 2015**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE LITTLE TIKES COMPANY (OHIO CORPORATION)
16380 ROSCOE BLVD.
VAN NUYS, CA 91406

FOR: RIDE-ON TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-17-2008; IN COMMERCE 11-17-2008.

THE MARK CONSISTS OF A STYLIZED FACE ON THE FRONT OF A CHILD'S RIDING VEHICLE INCLUDING A PAIR OF EYES LOCATED PARTIALLY ABOVE THE UPPER FRONT SURFACE OF THE VEHICLE BODY. THE BROKEN LINE OUTLINING IS TO SHOW THE POSITION OR PLACEMENT OF THE MARK ON THE GOODS. THE OUTLINING AND THE SHAPE OF THE VEHICLE ARE NOT CLAIMED AS PART OF THE MARK.

SEC. 2(F).

SER. NO. 86-328,914, FILED 7-4-2014.

MARILYN IZZI, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,824,946**

**Registered Oct. 6, 2015**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE LITTLE TIKES COMPANY (OHIO CORPORATION)
16380 ROSCOE BLVD.
VAN NUYS, CA 91406

FOR: RIDE-ON TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999.

OWNER OF U.S. REG. NO. 2,212,093.

THE COLOR(S) RED AND YELLOW IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A THREE-DIMENSIONAL CONFIGURATION OF A CHILD'S RIDING VEHICLE CONSISTING OF A RED BODY OF THE VEHICLE AND A YELLOW ROOF WITH FOUR YELLOW PILLARS SUPPORTING THE ROOF. THE FEATURES SHOWN IN BROKEN LINES BEING THE STEERING WHEEL, FACIAL FEATURES ON THE FRONT OF THE VEHICLE, AND THE FOUR WHEELS, ARE NOT FEATURES OF THE MARK AND SHOW THE PLACEMENT OF THE MARK.

SEC. 2(F) AS TO "THE SHAPE OF THE VEHICLE".

SER. NO. 86-328,910, FILED 7-4-2014.

MARILYN IZZI, EXAMINING ATTORNEY

*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# EXHIBIT 2



# EXHIBIT 3

Disney Princess Preschool Carriage Cozy Coupe Ride-on Lights | eBay

| Hi | Daily Deals | Gift Cards | Help & Contact | Sell Your Phone for the Most Money | | Sell | My eBay |

**ebay**    Shop by category    [                    ]    All Categories    **Search**    Advanced

eBay | Toys & Hobbies | TV, Movie & Character Toys | Disney | Disney Princesses

The selected item belongs to a different product.

Share

# Disney Princess Preschool Carriage Cozy Coupe Ride-on Lights

☆☆☆☆☆  Be the first to write a review  |  About this product



1 watching

**Brand new: lowest price**
**$63.25**
**Free Shipping**

Get it by **Friday, Nov 17** from Multiple Locations, United States

• **New** condition
• Returns accepted - 30 days money back

*"The Disney Princess Preschool Carriage makes fairy tales come to life for the littlest of princess lovers! The whimsical pink and purple carriage has lovely graphics of her favorite Disney Princesses, a fun heart-shaped steering wheel and*  "

See details ⊡



**ebay** MONEY BACK GUARANTEE

| Buy It Now |
| Add to cart |
| Watch |

Sold by
freshdeals2112 (153)
100.0% Positive feedback

## All listings for this product

| B  It No |   | Fl |

SPONSORED
Disney Princess Princess Preschool Carriage

**$63.25**

Free shipping

Disney Princess Princess Preschool Carriage

**$84.06**

Free shipping

Case 2:17-cv-08222-ODW-KS     Document 1     Filed 11/10/17     Page 26 of 51     Page ID
#:26
Disney Princess Preschool Carriage Cozy Coupe Ride-on Lights | eBay

Disney Princess Princess Preschool
Carriage

**$63.25**

Free shipping

## About this product

### Product Identifiers

| | |
|---|---|
| GTIN | 0087876005025 |
| BRAND | Disney |
| MPN | 800502 |



JJJJJ

No ratings or reviews yet

Be the first to **write a review**

## Questions & Answers

Ask buyers and sellers about this product

Ask your question here. The more details you include, the better answers you'll receive.

*All questions will be publicly shared with buyers and sellers. See our community guidelines.

**Submit question**

**Best Selling in Disney Princesses**



Hot Christmas Gift 40cm
Disney Frozen Elsa&anna

LLLLL

$5.19 New

---- Used



Disney Princess Shimmering
Dreams 11 Doll Collection

フフフフフ (7)

$79.99 New

---- Used



**Save on Disney Princesses**

Disney Princess Preschool Carriage Cozy Coupe Ride-on Lights | eBay

   

| | | | | |
|---|---|---|---|---|
| Hot Christmas gift 40CM Disney Frozen Elsa&Anna princess | 8pcs Cute Princess Action Figures Changed Dress Doll | 7" Playset Frozen Princess Elsa&Anna Doll 2PCS Figures | Disney Princess Royal Doll Collection 7 Pack Brand New | Disney Froze Doll Dress Li |
| $11.50 | $6.99 | $4.38 | $52.99 | $32.99 |
| Trending at $12.21 | Trending at $9.98 | Trending at $4.88 | Trending at $89.98 | Trending at $ |

**You may also like**

Disney Princess Carriage          Disney Princess Light          Princess Carriage          Disney Princess          Disney Prin

---

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

Norton
SECURED



10/30/2017                     Disney Princess Preschool Carriage Cozy Coupe Ride-On Lights Sounds Christmas | eBay

Hi Joel!                                                                                                    Sell     My eBay

**ebay**        Search for anything                                                                        All Categories

Back to home page | Listed in category:   Toys & Hobbies  >  TV, Movie & Character Toys  >  Disney  >  Disney Princesses





 

**Disney Princess Preschool Carriage Cozy Coupe Ride-On Lights So
Christmas**

🔥 1 watched in last 24 hours                 Be the first to write a review.

| Item condition: | **New** | | Ad |
|---|---|---|---|

| | | | Seller information |
|---|---|---|---|
| Price: | **US $90.27** | Buy It Now | honeydukessweetsho |
| | | Add to cart | (1852   ) |
| | | | 94.1% Positive feedback |
| | 1 watching | Add to watch list | Save this Seller |
| | | Add to collection | Contact seller |
| | | | Visit store:     Honeydukes Sw |
| | Returns accepted | | See other items |

Shipping:   **FREE** Economy Shipping | See details
            Item location: United States, United States
            Ships to: United States and many other countries | See details

Delivery:   Estimated between **Fri. Nov. 3** and **Fri. Nov. 17**

Payments:   PayPal  VISA  MasterCard  AMERICAN EXPRESS  DISCOVER
            Credit Cards processed by PayPal

            **PayPal CREDIT**
            Get more time to pay. Apply Now | See terms
            See details

Returns:    14 days money back, buyer pays return shipping
            | See details

Guarantee:  | See
            details
            Get the item you ordered or get your money back.
            Covers your purchase price and original shipping.

Have one to sell?   **Sell now**

---

People who viewed this item also viewed                                                                   Feedback

  

| SPONSORED | SPONSORED | SPONSORED | | | |
|---|---|---|---|---|---|
| Disney Princess Magiclip Carriage 4 Dolls Merida | Disney Princess Princess Preschool Carriage | New 24V Disney Princess Pink Carriage Ride On | Disney Princess Little Kingdom Magiclip Cinderella | 24V Disney Princess Carriage Ride-On | Disney Princess Kingdom Belle's |
| $43.99 | $93.15 | $585.86 | $59.95 | $795.00 | $24.99 |
| + $12.75 | Free shipping | Free shipping | + $8.65 | Free shipping | + $10.55 |

---

**Description**    Shipping and payments

Seller assumes all responsibility for this listing.                                                        eBay item number:

Last updated on Oct 25, 2017 22:25:24 PDT View all revisions

**Item specifics**

| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's … Read more | Brand: | Disney |
| Character Family: | Disney Princess | MPN: | 8005-02 |
| UPC: | 087876005025 | | |

## Disney Princess Preschool Carriage Cozy Coupe Ride-On Lights Sounds (



The Disney Princess Preschool Carriage makes fairy tales come to life for the littlest of princess love
pink and purple carriage has lovely graphics of her favorite Disney Princesses, a fun heart-shaped s
enchanting fairy tale sounds. This beautiful Disney Princess Preschool Carriage is perfect for one ric
features a rear end handlebar to maneuver easily. Your little princess can ride wherever her biggest
the iconic Disney Princess Preschool Carriage.

**PRODUCT FEATURES**

- Heart Shaped Steering Wheel
- Enchanting Fairytale Sounds
- Rear End Handlebar to manuever easily
- Authentic Disney Princess Graphics

Shipping / Return Policies

### Payment:
Only Paypal is accepted as a form of payment. Immediate payment with Buy It Now is appreciated. /
pay within 3 days of the listing's end. If payment is not received, a non-payment report will be filed w

### Shipping:
Shipping is ONLY to the US. NO INTERNATIONAL SHIPPING - please do not ask as my supplier d
international shipping. The item ships directly from the supplier to you. The method of shipment (Fec
freight) is at the discretion of the supplier. Any available tracking information will be emailed to you u

### Terms of Sale:
We are a clearinghouse for several major retailers and manufacturers. Your item(s) will be shipped c
supplier's warehouse to provide the fastest possible delivery times.

Standard handling time is 1-2 business days (excluding weekends and holidays). Delivery can take 1
days (most items are delivered in 3-5 business days).

Please note that delivery times are estimates only and cannot be guaranteed. Because we use ecor
reduce your costs, delivery times will vary depending on the shipping method used by our suppliers.

All items are in stock at the time of listing and I make every possible attempt to continually monitor th
my suppliers. If the item is out of stock and I am unable to complete your order, I will promptly refunc
my apologies and respectfully ask that you respond to Ebay's Cancel Transaction email. Or if an iter
will be contacted immediately and given the choice to wait for the item to restock or given a prompt r

will be contacted immediately and given the choice to wait for the item to restock or given a prompt i your right to leave negative feedback, but it is my hope that you will be understanding under the circu not satisfied with our service, please contact us, we ALWAYS answer. We will do our best to meet O satisfaction. Returns are accepted only if the item is defective or not working properly. You have 3 ca any problem. Item must be returned and received within 14 calendar days. A 20% restocking fee will items returned (except those items are found to be defective). Do not return the item before contacti be returned within 3 days after receiving return instructions. After we receive your item, we will proce 3 working days. Please READ the Tittle and Description CAREFULLY. We do not accept returns due

If you experience ANY problems with your transaction with us, PLEASE contact us and give us a cha right *BEFORE you leave us either negative or neutral feedback*, as these have a very harmful effect rating. We work hard to provide top notch customer service, but can't do that if we have no idea som your item or you are unhappy. We are a small husband and wife owned business, and appreciate yo understand if it takes a minute for us to respond to your requests.

*Sometimes I receive a package from a different retailer. Why is that?*

We use different suppliers across the US to ensure your item is delivered as fast as possible We sel can most efficiently fulfill your order. When it's most cost effective for us to send you your items, you from our warehouse. When we select a different retailer, you receive an item from that retailer in thei

Our customers are ALWAYS our #1 priority! Don't hesitate to ask any and all questions! Thanks and

No ratings or reviews yet

Be the first to write a review.

## Question & Answers

Ask buyers and sellers about this product

Ask your question here. The more details you include, the better answers you'll receive.

*All questions will be publicly shared with buyers and sellers. See our community guidelines.

Submit questi

More to explore :  Disney Princess Preschool Puzzles,  Disney Princess Playmobil Preschool Toys,  Mattel Disney Princess Little Tikes Preschool Toys,  Disney Princess Ride-Ons & Tricycles Disney Princess Preschool Toys & Pretend Play,  Squinkies Disney Princess Preschool Toys & Pretend Play

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

10/30/2017                    Disney Princess Preschool Carriage Cozy Coupe Ride-On Lights Sounds Christmas | eBay





## Description

Seller assumes all responsibility for this listing.

Last updated on  Nov 07, 2017 10:11:36 PST  View all revisions

| Item specifics | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ...Read more | Brand: | Disney |
| Character Family: | Disney Princess | MPN: | 8005-02 |
| UPC: | 087876005025 | | |

**Disney Princess Preschool Carriage Cozy Coupe Ride-On Lights**

The Disney Princess Preschool Carriage makes fairy tales come to life for the littlest of princess lovers! The whimsical pink and purple car
her favorite Disney Princesses, a fun heart-shaped steering wheel and enchanting fairy tale sounds. This beautiful Disney Princess Preschoo
rider to enjoy and that features a rear end handlebar to maneuver easily. Your little princess can ride wherever her biggest dreams take her v
Princess Preschool Carriage.

**Product Features**

Heart Shaped Steering Wheel

Sponsored Links

kohls.com ▾
★★★★★ (4.7)

**Shop Ride-On Toys at Kohl's® - Buy Online. Free Store Pickup**
Find Joy in Giving! Save Time & Money When you Order from Kohl's this Holiday.
Types: Toys, Drones, Quadcopters, Dolls, Stuffed Animals, Puzzle Games, Books, Baby Toys, RC Toys
Ratings: Prices 10/10 - Returns 9.5/10 - Service 9.5/10 - Quality 9/10 - Website 9/10 - Shipping 9/10
8800 Corbin Ave, Northridge, CA

Gold Star Clearance                    Riding Toys
Outdoor Play                           Yes2You Rewards - Sign Up
Waterslide & Toys                      Video Games

abclittleschools... ▾

**ABC Little Preschool - Toddler, Preschool, Elementary**
Call for a tour
Locations: Sherman Oaks, Van Nuys, Studio City, West Hollywood
927 N Fairfax Ave, West Hollywood, CA

Virtual Tour                           Programs
Nutrition                              Contact Us

toysrus.com ▾
★★★★½ (4.5)

**$10 Off Little Tikes Ride-On - Get What The Kids Want Today**
Save $10 On Little Tikes **Cozy** Coupes and Trucks - Sale Ends Nov. 18. Shop Now!
Ratings: Quality 9/10 - Selection 9/10 - Service 8.5/10 - Returns 8.5/10 - Website 8.5/10 - Shipping 8.5/10
16040 Sherman Way, Van Nuys, CA

Daily Deals at Toys"R"Us®              Birthday Gift Finder
Geoffrey's Birthday Club               Rewards"R"Us

target.com ▾
★★★★½ (4.5)

**Little Tikes Car Cozy at Target™ - All Orders Ship Free**
Find Little Tikes Car Cozy. Shop Little Tikes Car Cozy at Target™ and Save.



**Learn How To Earn $30 Back**
As a statement credit if you are approved for a new eBay Extras MasterCard® account

Learn More →

Back to home page

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

Disney Princess Preschool Carriage Cozy Coupe Ride-on Lights | eBay



Hi    |    Daily Deals  |  Gift Cards  |  Help & Contact        Sell Your Phone for the Most Money        Sell  |  My eBay

ebay    Shop by category        [                    ]    All Categories    Search    Advanced

eBay  I  Toys & Hobbies  I  TV, Movie & Character Toys  I  Disney  I  Disney Princesses

Share

The selected item belongs to a different product.

# Disney Princess Preschool Carriage Cozy Coupe Ride-on Lights

ⅬⅬⅬⅬⅬ  Be the first to write a review  |  About this product

**Brand new: lowest price**
**$55.77**
**Free Shipping**

Get it by **Monday, Nov 20**

• **New** condition
• Returns accepted

See details

**Buy It Now**

**Watch**

Sold by
theroyalflush* (12085)
99.6% Positive feedback

## All listings for this product

Buy It Now          New

SPONSORED
Disney Princess Princess Preschool Carriage

**$63.25**

Free shipping

Disney Princess Princess Preschool Carriage

**$55.77**

Free shipping

Disney Princess Preschool Carriage Cozy Coupe Ride-on Lights | eBay



Disney Princess Princess Preschool Carriage

**$63.25**

Free shipping

---

**About this product**

**Product Identifiers**

| | |
|---|---|
| GTIN | 0087876005025 |
| BRAND | Disney |
| MPN | 800502 |
| UPC | 0087876005025 |

**Product Key Features**

| | |
|---|---|
| Character Family | Disney Princess |

Show Less

---

ЈЈЈЈЈ
No ratings or reviews yet

Be the first to **write a review**

---

## Questions & Answers

Ask buyers and sellers about this product

Ask your question here. The more details you include, the better answers you'll receive.

*All questions will be publicly shared with buyers and sellers. See our **community guidelines**.

Submit question

---

Disney Princess Preschool Carriage Cozy Coupe Ride-on Lights | eBay

**Best Selling in Disney Princesses**



Hot Christmas Gift 40cm
Disney Frozen Elsa&anna

ᒡᒡᒡᒡᒡ

$5.19 New
---- Used



Disney Princess Shimmering
Dreams 11 Doll Collection

フフフフフ (7)

$79.99 New
---- Used



**Save on Disney Princesses**



Hot Christmas gift 40CM Disney
Frozen Elsa&Anna princess

$11.50
Trending at $12.21



8pcs Cute Princess Action
Figures Changed Dress Doll

$6.99
Trending at $9.98



7" Playset Frozen Princess
Elsa&Anna Doll 2PCS Figures

$4.38
Trending at $4.88



Disney Princess Royal Doll
Collection 7 Pack Brand New

$52.99
Trending at $89.98

Disney Fro:
Doll Dress

$32.99
Trending a

**You may also like**



Disney Princess Carriage



Disney Princess Light



Princess Carriage



Disney Princess

Disney Pr

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice



# EXHIBIT 4

10/31/2017                    Dynacraft DreamWorks Trolls Light Up Super Coupe 6 Volt Ride On - Toys"R"Us

shop    search for something fun!                                                                        🔍

home    Outdoor Play, Kids' Sports & Swimming Pools    Outdoor Play    Kids' Bikes & Riding Toys    Power Wheels & Powered Ride-ons    1 Rider

## Dynacraft DreamWorks Trolls Light Up Super Coupe 6 Volt Ride On                    $199.99
★★★★☆ (14)    **DYNACRAFT**    age: 3 years - 8 years

FREE Shipping on ANY purchase of $29 or more. Surcharges may apply on heavy/large items.    terms

*Limit 2 items per customer • limited stock*

qty: 1 ⌄        out of stock

🎁 add to registry        ♡ add to wish list

🚚 shipping not available

🔍 Rollover to Zoom

f  𝕏  ⓟ  ✉

## product description

Calling all Crazy Party Animals!! Realistically detailed inside and out from its "chrome" interior and exterior detailing to its sporty racing wheels and everything in between!! Bright trolls graphics and colors, a working horn, doors that open and close, and tunes from the MP3 input and speaker add to real driving fun. Drives 2.5 miles per hour max plus reverse on hard surfaces and grass. Equipped with easy-to-use foot pedal acceleration.

The Dynacraft DreamWorks Trolls 6 Volt Light Up Super Coupe Powered Ride On Features:

- Hot Pink Super Car with Glitter Trolls Graphics

- Poppy Hood Ornament with Real Troll hair

- Multicolor working headlights

- Working horn with racing sounds

- "Chrome" Exterior and Interior details

- Doors that open, close and lock

$199.99                                        

0/31/2017     Dynacraft DreamWorks Trolls Light Up Super Coupe 6 Volt Ride On - Toys"R"Us

- Easy-to-Use pedal Acceleration
- MP3 Input and Speaker included
- Sporty "Chrome" wheels
- Low Profile Tires
- Comfy Racing Seat
- 6 volt Battery and Charger included
- 1 year limited manufacturer warranty

Dynacraft brings families together by providing affordable, high quality bicycles for everyone. Based in American Canyon, California, Dynacraft is an industry-leading importer and distributor of quality bicycles for the entire family. With brand names that include Barbie, Dekra, Hot Wheels, Magna, Malibu, Next and Rhino, Dynacraft offer families a wide variety of innovative bikes in the very latest designs. Our bikes are manufactured to some of the toughest quality standards in our industry. Dynacraft always use top of the line parts and production methods, thus ensuring the safety and dependability of every bike we sell.

## good to know

- This item is sold in our stores. Please check your local store for availability.
- Don't forget the batteries.
- Gift wrap is not available for this item.
- Gift givers, please note that this item may be shipped in the manufacturer's original packaging, which may reveal what's inside.

## features

- Hot Pink Super Car with Glitter Trolls Graphics, Poppy Hood Ornament with Real Troll hair, Multicolor working headlights.
- Working horn with racing sounds, "Chrome" Exterior and Interior details, Doors that open, close and lock.
- 2.5 Miles Per Hour maximum speed, Drives in Forward and Reverse, Easy-to-Use pedal Acceleration.
- MP3 Input and Speaker included, Sporty "Chrome" wheels, Low Profile Tires Comfy Racing Seat.
- 6 volt Battery and Charger included, 1 year limited manufacturer warranty.

## additional info

"R" Web #: 651906
SKU: C53E4760
UPC/EAN/ISBN: 087876803263
Manufacturer #: 8803-26
Batteries: 1 6V, 2 AA batteries are required (not included) view batteries
Product Weight: 41.00 pounds
Product Dimensions (in inches): 25.75 x 43.94 x 16.98

## batteries

Duracell Coppertop AA Size Battery - 8 Pack     $9.99 **$7.89**     add to cart

## enhanced description

$199.99      add to registry     add to wish list

### Ride-On Car

Go, go, go in this Dynacraft Trolls 6V Light-Up Super Coupe Battery-Powered Ride-On Car! With the sleek, sporty design, you'll feel like a cool cat as you cruise along the driveway, sidewalk or your bumpy backyard. Press the pedal to roll out at 2.5 mph in forward or reverse, and watch as the Trolls graphics, glitter and chrome accents and fuzzy little friend on the hood catch a few glances along the way. With the breeze blowing through your hair, you can blast your favorite musical melodies on your MP3 player through the MP3 input and kick back and enjoy the ride from the comfortable racing seat in the cockpit.

### Product Highlights

- Sporty design boasts chrome accents, low-profile racing wheels and vivid Trolls graphics and colors
- Locking doors that open and close and a working horn provide a realistic driving experience
- MP3 input and speaker allow you to blast your favorite tunes
- Single-speed vehicle reaches up to 2.5 mph in forward and reverse on grass and hard surfaces
- Foot-pedal acceleration enables easy operation
- Racing seat provides comfort
- 6V rechargeable battery and charger included
- Weight Limit: 65 lb.
- Recommended for ages 3 - 8 years

### What's Included

- Dynacraft Trolls 6V Light-Up Super Coupe Battery-Powered Ride-On Car
- 6V battery
- Charger



#### Vroom vroom!

From the sporty body design to the glittery graphics, chrome accents and troll emblem on the front - complete with fuzzy hair - this car lets you roll out in style.



#### Beep beep!

Steer along curves and straightaways using the steering wheel, and make sure everyone knows you're coming on through using the working horn. Feel like blasting some tunes? Hook up your MP3 player and sing along!



#### Cozy coupe

When it comes to your journey, riding in this toy vehicle is comfortable as can be with the roomy racing seat. The doors even lock to help make this ride just like a real car.



#### Cruise on by

Navigating over smooth and rough terrain is easy with the sporty wheels and low-profile tires. At a steady 2.5 mph, you can roll over hard surfaces and grass in forward or reverse.

$199.99

 add to registry     add to wish list

# EXHIBIT 5

Disney Princess Princess Preschool Carriage - Walmart.com

Back

Toys › Kids' Bikes & Riding Toys › Ride On Toys

☐ Track Order   ☐ Help

## Customer Reviews

### Disney Princess Princess Preschool Carriage

**$45.50**

Back to Item

0 **reviews**

**Be the first to review this item!**

Write a review

### Cute updated version cozy coupe

7/22/2017

      7/22/2017

by **hayes49717**

If you are looking for a fun, updated princess version of a cozy coupe this is for you. Modern carriage is perfect for any princess with fun lights and sounds. My child is a little old for this but would have been great when they were younger! The handle for the parent to push is at the perfect height for me at 5'3.

**Was this review helpful?**

☐ **Yes** (6)

☐ **No** (1)

Disney Princess Princess Preschool Carriage - Walmart.com

☐ Report

**Was this review helpful?** [ ] [ ] (1)

## Cheap material
7/22/2017

7/22/2017

by **Ty32172**

I like this toy, but there are two doors and they won't stay closed. Concerned about my child falling out.

**Was this review helpful?**

☐ **Yes** (3)

☐ **No** (0)

☐ Report

**Was this review helpful?** [ ] [ ] (0)

## great for toddlers who cant steer themselves yet
7/22/2017

7/22/2017

by **saygrace55768**

Really cute princess carriage! My two year old daughter loves it and I love that I can push her around in it since she is still learning how to steer. Removable floor board is a plus too since it can grow with her until she's ready for a

**Was this review helpful?**

☐ **Yes** (1)

☐ **No** (0)

☐ Report

**Was this review helpful?** [ ] [ ] (0)

## princess fun
7/22/2017

7/22/2017

by **cwmckenzie9266**

Disney Princess Princess Preschool Carriage - Walmart.com

I love that the doors on both sides open. The carriage idea is great. We love all things princess. We love that it makes music when you move. Also love he adult handle on the back

**Was this review helpful?**

☐  **Yes** (1)

☐  **No** (0)

☐  Report

**Was this review helpful?** [        ] [        ] (0)

### a favorite
7/22/2017

7/22/2017

by **gia34814**

This is versatile as in dad can push or my daughter can self propel. Only issue is doors don't stay closed so my daughter spent more time holding doors shut than enjoying the wheel.

**Was this review helpful?**

☐  **Yes** (1)

☐  **No** (0)

☐  Report

**Was this review helpful?** [        ] [        ] (0)

### Great Toy!
7/22/2017

7/22/2017

by **Jessa22141**

Very age appropriate for my 20 mos old. And I love the handle! The floor is great by it slides out so they can stand on it while you push or they can use their feet to pedal

**Was this review helpful?**

☐  **Yes** (1)

☐  **No** (0)

☐  Report

Disney Princess Princess Preschool Carriage - Walmart.com

**Was this review helpful?** [        ] [        ] (0)

### underwhelmed
7/22/2017

7/22/2017

by **momof356608**

Compared to the other options today my child was a bit bored with this toy. I think three may be a bit old for this toy.

**Was this review helpful?**

☐ **Yes** (1)

☐ **No** (0)

☐ Report

**Was this review helpful?** [        ] [        ] (0)

### Princess Cozy Coupe
7/22/2017

7/22/2017

by **Dave73134**

Love the handle on the back. The foot board makes it hard to switch between kid-powered and adult-powered.

**Was this review helpful?**

☐ **Yes** (2)

☐ **No** (1)

☐ Report

**Was this review helpful?** [        ] [        ] (1)

### cheap
7/22/2017

7/22/2017

by **mommylove91738**

Disney Princess Princess Preschool Carriage - Walmart.com

Door breaking. Handle on roof still not able to steer it that great as the parent pushing it.

**Was this review helpful?**

☐ **Yes** (1)

☐ **No** (0)

☐ Report

**Was this review helpful?** [    ] [    ] (0)

---

**carriage car**
7/22/2017

7/22/2017

by **Gharis19193**

I love doors on both sides great toy. Very easy to use and parent handle on back is awesome

**Was this review helpful?**

☐ **Yes** (1)

☐ **No** (0)

☐ Report

**Was this review helpful?** [    ] [    ] (0)

---

**foot car**
7/22/2017

7/22/2017

by **folsomdad44031**

Hard to steer with feet wheel moves so kid thinks it helps but does nothing

**Was this review helpful?**

☐ **Yes** (1)

☐ **No** (0)

☐ Report

**Was this review helpful?** [    ] [    ] (0)

Disney Princess Princess Preschool Carriage - Walmart.com

**fun**

7/22/2017

7/22/2017

by **karla80830**

Loved the the color and how simple the toy is. My daughter enjoyed it

**Was this review helpful?**

☐ **Yes** (1)

☐ **No** (0)

☐ Report

**Was this review helpful?** [___] [___] (0)

---

**great spin of the cozy coupe**

7/22/2017

7/22/2017

by **momof3boys22521**

Bright colors with great design. Perfect for little princesses.

**Was this review helpful?**

☐ **Yes** (1)

☐ **No** (0)

☐ Report

**Was this review helpful?** [___] [___] (0)

---

**easy fun**

7/22/2017

7/22/2017

by **mamak29023**

Parent handle is great as is pull out foot rest for child

**Was this review helpful?**

☐ **Yes** (1)

Disney Princess Princess Preschool Carriage - Walmart.com

☐ **No** (0)

☐ Report

**Was this review helpful?** ⬜ ⬜ (0)

### sliding floor

7/22/2017

7/22/2017

by **molonlabe28240**

Typical of its kind but the sliding floorboard makes it easy to moves to self propelled to assisted.

**Was this review helpful?**

☐ **Yes** (1)

☐ **No** (1)

☐ Report

**Was this review helpful?** ⬜ ⬜ (1)

### a cute upgrade to the traditional little tikes

7/22/2017

7/22/2017

by **kjost74993**

Like the color scheme in Disney princess theme it made the car very girly and appeal to make-year-old love of the Disney princesses. The lights and sound were also a nice feature as well as both doors opening. Depending on the price I don't know if I would upgrade it from our traditional little tykes car.

**Was this review helpful?**

☐ **Yes** (0)

☐ **No** (0)

☐ Report

**Was this review helpful?** ⬜ ⬜ (0)

### princess car

7/22/2017

Disney Princess Princess Preschool Carriage - Walmart.com

7/22/2017

by **rockin2yearold46076**

My 24 month old needs to get a bit taller to move it, by himself, but loved that it had a place to lock their feet up and let the grown-up push him down the street. Definitely one that grows with him.

**Was this review helpful?**

☐ **Yes** (0)

☐ **No** (1)

☐ Report

**Was this review helpful?** [ ] [ ] (1)

### great for 2.5 yo daughter
7/22/2017

7/22/2017

by **girlmom256782**

My daughter loved this. As a parent i love that it has a handle and I'm not breaking my back bending over! Cute colors. Wish it had some buttons... a key that turned or a gas can to open.

**Was this review helpful?**

☐ **Yes** (0)

☐ **No** (0)

☐ Report

**Was this review helpful?** [ ] [ ] (0)

### carriage
7/22/2017

7/22/2017

by **emrie76352**

She loved that it was a princess carriage but she has something like it at home so it wasn't as interested in it as all the electric ones. Also a little smaller than some cars like that.

**Was this review helpful?**

☐ **Yes** (0)

Disney Princess Princess Preschool Carriage - Walmart.com

☐ **No** (0)

☐ Report

**Was this review helpful?**                    (0)

**silly**
7/22/2017

        7/22/2017

by **redo38026**

I love the handle on this. I didn't realize it was this is it this was like the old-school right on Red and yellow toy but
now I understand this is so cute

**Was this review helpful?**

☐ **Yes** (0)

☐ **No** (0)

☐ Report

**Was this review helpful?**                    (0)

**Be the first to save!**                                        Sign Up

☐  ☐  ☐  ☐  ☐    ☐ Mobile apps

Help    Feedback    MoneyCenter    Privacy & Security    CA Privacy Rights    Terms of Use

**Walmart services**     **Get to know us**     **Walmart.com**     **Customer service**     **In the spotlight**

See All Services    About Walmart.com    Terms of Use    Returns Policy    Black Friday – Holiday Specials

Walmart
MoneyCenter    Corporate    About Our Ads    Product Recalls    ☐ Gift Guide

Walmart Credit Card    Suppliers    Affiliate Program    Int'l Customers    Christmas Gifts

Product Care Plans    Sell on Walmart.com    CA Privacy Rights    Tax Exempt Program    Christmas Decorations

Walmart Pay    Careers    Privacy & Security    Contact Us    Christmas Toys - Toyland

        @WalmartLabs        Feedback    TV's

        The Walmart Digital Museum        Store Pickup    Fall Fashion

                Video Games

Disney Princess Princess Preschool Carriage - Walmart.com

© Wal-Mart Stores, Inc.    Ref:To ensure we are able to help you as best we can, please include your reference number: CQVNLOO94G