NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Benjamin C. Johnson (SBN:218518)
benjamin.johnson@mgae.com
Jennifer A. Marrow (SBN:276495)
jmarrow@mgae.com
16380 Roscoe Blvd.
Van Nuys, CA 91406

ATTORNEY(S) FOR: MGA Entertainment, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT INC. and THE LITTLE TIKES COMPANY, Plaintiff(s), v. DYNACRAFT BSC, INC.; FRESHDEALS2112; HONEYDUKESSWEATSHOP; THE_HOUSE; Does 1-10 inclusive, Defendant(s) | CASE NUMBER: 2:17-cv-08222 CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   MGA Entertainment Inc. and The Little Tikes Company
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MGA ENTERTAINMENT INC. | Plaintiff |
| THE LITTLE TIKES COMPANY | Plaintiff |
| DYNACRAFT BSC, INC. | Defendant |
| FRESHDEALS2112 | Defendant |
| HONEYDUKESSWEETSHOP | Defendant |
| THE_HOUSE | Defendant |
| THEROYALFLUSH* | Defendant |

November 10, 2017
Date

Signature

Attorney of record for (or name of party appearing in pro per):

MGA Entertainment Inc. & The Little Tikes Company

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES